**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER: 7:14-CR-30 (HL)** |
| | : | |
| DAVID WALDRON | : | |
| _____ | : | |

## ORDER OF CONTINUANCE

The defendant in the above-styled case was indicted on August 13, 2014. Defendant had his initial appearance and arraignment on August 21, 2014, and was released on an unsecured bond. The parties have engaged in initial discovery, but a computer forensics review was recently completed on behalf of the defendant and reports have not been completed and provided to the government. The government and the defendant have jointly moved of this continuance to permit time to complete the needed preparations for trial. The case has not been previously continued.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h). The time for filing motions in this case is also extended to not later than 14 days before the scheduled pretrial conference in this matter.

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

SO ORDERED, this __20th__ day of __October__, 2014.

__s/ Hugh Lawson__
HUGH LAWSON
SENIOR DISTRICT JUDGE

Presented by:
s/Robert D. McCullers
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY